UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**BELVA SMITH,**

   Plaintiff,

  -vs-              Case No. 15-C-257

**FALLS COLLECTION SERVICE, Inc.,**
**d/b/a FINANCIAL CONTROL SOLUTIONS,**
**and ACCOUNT RECOVERY SERVICE, Inc.,**

   Defendants.

-----------------------------------------------------------------------------

**ELIZABETH DAVIS,**

   Plaintiff,

  -vs-              Case No. 15-C-436

**FALLS COLLECTION SERVICE, Inc.,**
**d/b/a FINANCIAL CONTROL SOLUTIONS,**
**and ACCOUNT RECOVERY SERVICE, Inc.,**

   Defendants.

## DECISION AND ORDER

  In both of these cases, one of the defendants, Account Recovery Service, Inc., has attempted to appear *pro se* through its President, Charles A. Worgull. This is forbidden in federal court. *See, e.g., Muzikowski v. Paramount Pictures Corp.*, 322 F.3d 918, 924 (7th Cir. 2003). Therefore,

Account Recovery Service is ordered to appear by counsel in both of the above-captioned cases within **thirty (30) days** of the date of this Order. Failure to comply with this Order will result in an entry of default.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2015.

**SO ORDERED:**

*/s/ Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**