UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BELVA SMITH,

        **Plaintiff,**

   v.                                               Case No. 15-CV-257

FALLS COLLECTION SERVICE, INC., and
ACCOUNT RECOVERY SERVICES, INC.,

        **Defendants.**

---

ELIZABETH DAVIS,

        **Plaintiff,**

   v.                                               Case No. 15-CV-436

FALLS COLLECTION SERVICE, INC., and
ACCOUNT RECOVERY SERVICES, INC.,

        **Defendants.**

---

## ORDER OF DISMISSAL

Based upon the stipulation of the parties (ECF No. 36) and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 26th day of September, 2016.

                                                  _____
                                                  WILLIAM E. DUFFIN
                                                  U.S. Magistrate Judge